JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRIAN HAMILTON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF SANTA ANA, ET AL,<br><br>　　　　　Defendants. | Case No. SACV 14-01386-DOC (DTB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: July 15, 2015

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1